

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 3, 2022

**Via CM/ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York

Re:  **Zinnamon v. AlertOne Services, LLC**
     **Case #: 1:22-cv-06313-JLR-GWG**

Dear Judge Rochon:

We represent the plaintiff in the above matter. We write to respectfully request that the due date to submit the status letter, per Your Honor's order of September 19, be adjourned. We have been informed by our service agency that Defendant AlertOne Services had been served with the summons and complaint on September 15, 2022. However, Defendant has not yet made an appearance or reached out to Plaintiff. Therefore, the parties have not had an opportunity to jointly prepare the status letter.

We ask that the new due date be scheduled for after October 20, 2022, so as not to conflict with numerous religious observances this month, and Plaintiff's counsel's scheduled vacation time.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

cc:   All Counsel of Record via ECF

---

Application GRANTED. Plaintiff -- and Defendant if an appearance has been made -- shall file their joint status report in accordance with the Court's September 19, 2022 Reassignment Order by **October 20, 2022**.

Dated: October 4, 2022
New York, New York
SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge