

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 20, 2022

**Via CM/ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York

Re:     **Zinnamon v. AlertOne Services, LLC**
        **Case #: 1:22-cv-06313-JLR-GWG**

> Application GRANTED.  The parties shall file their joint letter no later than **November 1, 2022**.  If Plaintiff is unable to confer with Defendant prior to the deadline, Plaintiff shall prepare and file a letter and subsequently serve it on Defendant within 7 days.
>
> Dated: October 21, 2022
>        New York, New York
>
> SO ORDERED
> /s/ Jennifer Rochon
> JENNIFER L. ROCHON
> United States District Judge

Dear Judge Rochon:

   We represent the plaintiff in the above matter.  We write to respectfully request that the due date to submit the status letter, per Your Honor's order of October 4, 2022, be adjourned.

   The Defendant is in default and has not made contact at all with Plaintiff.  The Plaintiff has obtained the Clerk's Certificate of Default and has mailed it to Defendant's business address.

   As the parties have not had an opportunity to jointly prepare the status letter, we ask for a second extension with the intent to establish contact with Defendant in order to do so.

   We thank Your Honor and the Court for its kind considerations and courtesies.

                                        Respectfully submitted,

                                        *s/ Mark Rozenberg*
                                        Mark Rozenberg, Esq.