UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WARREN ZINNAMON                                            :

                                                       :         ORDER
                    Plaintiff,
                                                      :        22 Civ. 6313 (JLR)(GWG)

   -v.-                                                                 :

                                                        :

ALERTONE SERVICES, LLC,                                    :

                                           Defendant.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Any motion for a default judgment shall be filed on or before November 23, 2022. Such motion is returnable before Judge Rochon and shall comply with her Individual Practices.

      SO ORDERED.

Dated: November 9, 2022
       New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge